IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY DOUGHERTY,<br>      Plaintiff,<br><br>v.<br><br>ESSENTIA INSURANCE COMPANY and<br>HAGERTY INSURANCE AGENCY, LLC,<br>      Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-2483 |

**O R D E R**

**AND NOW**, this 17th day of September, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 11) the First Amended Complaint (ECF No. 9) of Plaintiff; Plaintiff's Response in Opposition (ECF No. 12); Defendants' Reply in Support of its Motion (ECF No. 13), and Plaintiff's Sur-Reply (ECF No. 14);[1] **IT IS ORDERED** that Defendants' Motion is **GRANTED AS TO COUNTS I AND II**, and **GRANTED AS TO COUNT III FOR DEFENDANT ESSENTIA INSURANCE COMPANY**. Defendants' Motion is **DENIED AS TO COUNT III FOR DEFENDANT HAGERTY INSURANCE AGENCY LLC**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.

---

[1] Plaintiff did not seek leave to file a sur-reply as required by this Court's Policies and Procedures. While the submission of the sur-reply was not opposed and thus the Court considered it, the Court notes that the arguments raised in the sur-reply were duplicative of Plaintiff's Response in Opposition.